IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THERISA MERALES,

   Plaintiff,

v.

WAL-MART STORES EAST, LP, ABC CORPS #1-3, and JOHN DOES #1-3,

   Defendants.

CIVIL ACTION FILE

No. 1:22-CV-01584-SCJ

## ORDER

This matter appears before the Court on its own review of its docket.

On April 26, 2022, the Court directed the Clerk of Court to transfer this action to the Gainesville District. Doc. No. [3].[1] That same day, the Clerk of Court conducted an intra-district transfer to the Gainesville Division. See Dkt. The Clerk of Court then administratively closed this action.

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

On May 10, 2022, Defendant Wal-Mart filed its Answer, Notice of Deposition, Certificate of Service, Initial Disclosures, and Corporate Disclosure Statement in the Atlanta Division. Doc. Nos. [4]–[9]. The Court **DIRECTS** the Clerk of Court to re-file Doc. Nos. [4]-[9] in 2:22-CV-083-SCJ.

The Court **ORDERS** the Parties to file any additional pleadings to case number 2:22-CV-083-SCJ.

**IT IS SO ORDERED** this 10th day of May, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE